# Court of Appeals of the State of Georgia

ATLANTA, February 28, 2020

*The Court of Appeals hereby passes the following order*

**A20I0181. JOBE FRANCIS WEST, EXECUTOR OF THE ESTATE OF RONALD LEE WEST et al. v. MONTE JAMAL BOWSER et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

19C03584



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, February 28, 2020.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*